van brollini
c/o: 120 S Houghton Road
Ste 138 #109
Tucson
Arizona
Tel: 520-907-0561
Propria Persona

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| van brollini, | ) | |
|---|---|---|
| Plaintiff. | ) | Civil No.: CV 09-00349-TUC-CKJ |
| vs. | ) | **APPLICATION FOR ENTRY OF DEFAULT** |
| JANE DOE, AKA, ANN TAYLOR, | ) | |
| DIANE J. HUMETEWA, | ) | |
| CURTIS C. SMITH, | ) | |
| UNITED STATES OF AMERICA et al., | ) | |
| Defendant. | ) | |

1. Respondents are operating in commerce (28 USC 3002(15)(A)) separate and apart from a governmental function. "The United States as drawee of commercial paper stands in no different light than any other drawee.", Clearfield Trust Company vs. U.S., 318 U.S. 744 (1943). As stated in U.S. v. National Exchange Bank, 270 U.S. 527, 534, 46 S.Ct. 388, 389, "The United States does business on business terms." "When governments enter the world of commerce, they are subject to the same burdens as any private firm or corporation." U.S. vs. Burr, 309 U.S. 242.

CERTIFICATE OF SERVICE

COPY of the forgoing hand delivered via Certified Mail **7007 0220 0003 9123 6518** and **7007 0220 0003 9123 6501** this 6th day of August, 2009, upon,

| | |
|---|---|
| DIANE J. HUMETEWA<br>UNITED STATES ATTORNEY<br>DISTRIC OF ARIZONA<br>EVO A. DECONCINI COURTHOUSE<br>405 WEST CONGRESS ST., SUITE 4800<br>TUCSON, AZ 85801-5040 | 7007 0220 0003 9123 6518 |
| CURTIS C. SMITH<br>TRIAL ATTORNEY, TAX DIVISION<br>U.S. DEPARTMENT OF JUSTICE<br>PO BOX 683<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 2004-0683 | 7007 0220 0003 9123 6501 |

By *[signature: Van brollini]*

van brollini
c/o 120 S. Houghton Road
Ste 138 #109
Tucson
Arizona

STATE OF ARIZONA
COUNTY OF PIMA
THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS Aug. 6 2009
BY *[signature: Van Brollini]*
*[signature: Karen Celaya]*
TITLE Notary Public

**KAREN CELAYA**
Notary Public - Arizona
Pima County
My Comm. Expires Aug 8, 2013

APPLICATION FOR ENTRY OF DEFAULT_van.docx, Page 3 of 3